UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:23-cv-01495-RMR-JPO

SHARON SADLE, Individually and for Others Similarly Situated,

    Plaintiff,

v.

COLUMBINE LOGGING, INC. d/b/a COLUMBINE CORPORATION,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: August 26, 2024.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge